**HARTMAN OIL CO INC**

10500 E BERKELEY SQUARE PARKWAY, SUITE 100
WICHITA, KS 67206
PHONE 316-636-2090  FAX 316-636-1155

FILED
BRADFORD L. BOLTON,
CLERK

2008 OCT 29  AM 10: 43

U.S. BANKRUPTCY COURT
DISTRICT OF COLORADO

October 27, 2008

United States Bankruptcy Court
District of Colorado
721 19th St.
Denver, CO 80202

RE: Change of Address

To Whom It May Concern:

We are a claimant against Thunderstruck Production Group LLC who is the debtor in Case No. 04-36829-SBB, Chapter 7. This letter is to request that you update our address as follows:

Hartman Oil Co., Inc.
10500 E. Berkeley Square Parkway, Suite 100
Wichita, KS 67206

If you have any questions, please contact our office at your convenience.

Sincerely,
**Hartman Oil Co., Inc.**

*[signature]*

Ms. Chanel Neises, R.P.L.
Land Manager
Assistant Corporate Secretary