# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| Thunderstruck Production Group | § | Case No. 04-36829 SBB |
| | § | |
| Debtor(s) | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

M. STEPHEN PETERS, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $        (see **Exhibit 1**), minus funds paid to the debtor and third parties of $     (see **Exhibit 2**), yielded net receipts of $        from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4)  This case was originally filed under chapter    on                .  The case was pending for    months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____    By:/s/M. STEPHEN PETERS, TRUSTEE _____
                                                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| ADV # 05-1524 (CASTELLI PETR. SETTLEMENT) | 1229-000 | 21,574.80 |
| ADV# 05-1562 (KNIGHTON OIL SETTLEMENT) | 1229-000 | 9,716.45 |
| ADV #05- 1549 (RITCHIE EXPLOR) | 1249-000 | 20,638.82 |
| TULSA ENERGY PARTNERS SETTLEMENT | 1249-000 | 3,516.15 |
| PINTAIL PET SETTLEMENT | 1249-000 | 12,228.20 |
| WESTAR ENERGY | 1249-000 | 1,475.97 |
| TT PRODUCTION SETTLEMENT | 1249-000 | 1,798.20 |
| ADV# 05-1530 (JOE PARR SETTLEMENT) | 1249-000 | 8,660.72 |
| ADV# 05-1522 (CONSOLIDATED 25 CLAIMANTS) | 1249-000 | 599,398.05 |
| SETTLEMENT AGREEMENT | 1249-000 | 50,000.00 |
| Post-Petition Interest Deposits | 1270-000 | 13,324.52 |
| **TOTAL GROSS RECEIPTS** | | **$ 742,331.88** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|-------|-------------|--------------------|---------------|
| NA | | | |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|----------|--------------------|----------------------------------|-----------------|----------------|-------------|
| NA | | | | | |
| TOTAL SECURED CLAIMS | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|-------|--------------------|-------------------|-----------------|----------------|-------------|
| M. STEPHEN PETERS | | | | | |
| M. STEPHEN PETERS | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| CLERK OF THE BANKRUPTCY COURT | | | | | |
| CLERK OF THE BANKRUPTCY COURT | | | | | |
| CLERK OF THE BANKRUPTCY COURT | | | | | |
| HINKLE, ELKOURI LAW FIRM | | | | | |
| HINKLE, ELKOURI LAW FIRM, INC. | | | | | |
| PEARLMAN & DALTON | | | | | |
| PEARLMAN & DALTON | | | | | |
| PEARLMAN & DALTON | | | | | |
| HINKLE ELKOURS LAW FIRM | | | | | |
| HINKLE, ELKOURI LAW FIRM, INC. | | | | | |
| PEARLMAN & DALTON | | | | | |
| PEARLMAN & DALTON | | | | | |
| PEARLMAN & DALTON | | | | | |
| DENNIS & CO | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| DENNIS & CO | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| KANSAS DEPT OF REV | | | | | |
| KANSAS DEPARTMENT OF REVENUE | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TOTAL SCHEDULED UNSEC CLAIMS | | | | | |
| AMERICAN WARRIOR, INC. | | | | | |
| BECKER OIL CORPORATION | | | | | |
| BEREN CORP. | | | | | |
| BEREN CORPORATION | | | | | |
| BEREXCO, INC. | | | | | |
| CASTELLI EXPLORATION INC. | | | | | |
| CASTELLI EXPLORATION, INC. | | | | | |
| CLERK OF THE BANKRUPTCY COURT | | | | | |
| CLUTE OIL CORPORATION | | | | | |
| CLUTE OIL CORPORATION | | | | | |
| COLOKAN OIL & GAS | | | | | |
| D & D INVESTMENTS | | | | | |
| DAN DALKE | | | | | |
| DAN DALKE | | | | | |
| DAN DALKE | | | | | |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| DAYSTAR PETROLEUM, INC. | | | | | |
| DAYSTAR PETROLEUM, INC. | | | | | |
| ESTATE OF R.L. IRELAND, III | | | | | |
| F.G. HOLL, INC. | | | | | |
| F.G. HOLL, INC. | | | | | |
| FRED J. NUSS | | | | | |
| FRED J. NUSS | | | | | |
| HARTMAN OIL CO., INC. | | | | | |
| HARTMAN OIL CO., INC. | | | | | |
| INDIAN OIL CO. | | | | | |
| INDIAN OIL CO., INC. | | | | | |
| JOE PARR | | | | | |
| JOE PARR | | | | | |
| KANSAS PETROLEUM | | | | | |
| KANSAS PETROLEUM | | | | | |
| KANSAS PETROLEUM | | | | | |
| KENT A. DEUTSCH | | | | | |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| KENT A. DEUTSCH | | | | | |
| KENWORTHY OPERATING CO. | | | | | |
| KENWORTHY OPERATING COMPANY | | | | | |
| KNIGHTON OIL CO., INC. | | | | | |
| KNIGHTON OIL COMPANY, INC. | | | | | |
| L.D. DRILLING, INC. | | | | | |
| LEWIS, HOOPER, & DICK, LLC | | | | | |
| MCCOY PETROLEUM CORP. | | | | | |
| NEWFIELD EXPLORATION MID-CONTINENT, | | | | | |
| NEWFIELD EXPLORATION MID-CONTINENT, | | | | | |
| PRATT WELL SERVICE, INC. | | | | | |
| PRG, LC | | | | | |
| PRG, LC | | | | | |
| PRG, LC | | | | | |
| QUESTA ENERGY CORP. | | | | | |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| QUESTA ENERGY CORPORATION | | | | | |
| RAMA OPERATING CO., INC. | | | | | |
| RAMA OPERATING CO., INC. | | | | | |
| RENEGADE RESOURCES CORP. | | | | | |
| RITCHIE EXPLORATION, INC. | | | | | |
| ROBERT EISENHAUER | | | | | |
| SAND POINT, LLC | | | | | |
| SAND POINT, LLC | | | | | |
| SIROKY OIL MANAGEMENT, INC. | | | | | |
| SIROKY OIL MANAGEMENT, INC. | | | | | |
| STEVENSON OPERATING LLC | | | | | |
| STEVENSON OPERATING LLC | | | | | |
| TRANS PACIFIC OIL CORPORATION | | | | | |
| TRANS PACIFIC OIL CORPORATION | | | | | |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TULSA ENERGY PARTNERS, LLC | | | | | |
| VEENKER OIL RESOURCES, INC. | | | | | |
| WARD FEED YARD, INC. | | | | | |
| WARD FEED YARD, INC. | | | | | |
| WESTAR ENERGY CORP. | | | | | |
| WHEELER ENERGY COMPANY | | | | | |
| WHEELER ENERGY COMPANY | | | | | |
| WHITE & ELLIS DRILLING, INC. | | | | | |
| ZENITH DRILLING CORPORATION | | | | | |
| ZENITH DRILLING CORPORATION | | | | | |
| OIL PRODUCERS, INC. OF KANSAS | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | $ | $ | $ | $ |

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:   1

Exhibit 8

| Case No: | 04-36829   SBB   Judge: S. BROOKS | Trustee Name: | M. STEPHEN PETERS, TRUSTEE |
|---|---|---|---|
| Case Name: | Thunderstruck Production Group | Date Filed (f) or Converted (c): | 12/10/04 (f) |
| | | 341(a) Meeting Date: | 01/14/05 |
| For Period Ending: 02/01/10 | | Claims Bar Date: | 02/21/06 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Post-Petition Interest Deposits (u) | Unknown | N/A | | 13,324.52 | Unknown |
| 2. ADV #05- 1549 (RITCHIE EXPLOR) (u) APPROVEE BY ORDER OF 9-30-05. | 0.00 | 20,638.82 | | 20,638.82 | FA |
| 3. TULSA ENERGY PARTNERS SETTLEMENT (u) SETTLEMENT APPROVED BY ORDER OF 9-30-05. | 0.00 | 3,516.15 | | 3,516.15 | FA |
| 4. PINTAIL PET SETTLEMENT (u) AMOUNT INCLUDES $3,335.17 SETTLEMENT APPROVED BY ORDER OF 11-7-05 PLUS $8,893.03 PAID FOR ADDITIONAL FULL PREF RECOVERY BY VOLUNTARY PAYMENT | 0.00 | 12,228.20 | | 12,228.20 | FA |
| 5. WESTAR ENERGY (u) SETTLEMENT APPROVEE BY ORDER OF 11-7-05 | 0.00 | 1,475.97 | | 1,475.97 | FA |
| 6. TT PRODUCTION SETTLEMENT (u) SETTLEMENT APPROVED BY ORDER OF 5-26-06 | 0.00 | 1,798.20 | | 1,798.20 | FA |
| 7. ADV # 05-1524 (CASTELLI PETR. SETTLEMENT) (u) SETTLEMENT APPROVED BY ORDER OF 5-26-06. UNSEC CLAIM ALLOWED IN AMOUNTOF $21574.80 IF FILED WITHN 30 DAYS OF 4-26-06 | 0.00 | 21,574.80 | | 21,574.80 | FA |
| 8. ADV# 05-1530 (JOE PARR SETTLEMENT) (u) SETTLEMENT APPROVED BY ORDER OF 6-16-06. UNSEC CLAIM IN AMOUNTOF $8660.72 ALLOWED IF FILED WITHIN 30 DAYS OF 5-17-06 | 0.00 | 8,660.72 | | 8,660.72 | FA |
| 9. ADV# 05-1562 (KNIGHTON OIL SETTLEMENT) (u) SETTLEMENT APPROVED BY AGREEMENT OF 6-16-06. AGREEMENT ALLOWS FOR UNSEC CLAIM IN AMOUNT OF $9716.45 IF FILED WITHIN 30 DAYS OF 5-17-06 | 0.00 | 9,716.45 | | 9,716.45 | FA |
| 10. ADV# 05-1522 (CONSOLIDATED 25 CLAIMANTS) (u) SETTLEMENT APPROVED BY ORDER OF 1-2-07. | 0.00 | 599,398.05 | | 599,398.05 | FA |

**FORM 1**

### INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

Page:    2

Exhibit 8

| Case No: | 04-36829 | SBB | Judge: S. BROOKS | | | Trustee Name: | M. STEPHEN PETERS, TRUSTEE |
| Case Name: | Thunderstruck Production Group | | | | | Date Filed (f) or Converted (c): | 12/10/04 (f) |
| | | | | | | 341(a) Meeting Date: | 01/14/05 |
| | | | | | | Claims Bar Date: | 02/21/06 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property<br>Abandoned<br>OA=554(a) Abandon<br>DA=554(c) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| CORRESPONDING PAYMENTS MADE BY DEFENDANTS SET FORTH IN AGREEMENT APPROVED BY ORDER OF 1-2-07, DETAILED AS FOLLOWS.  PAYMENTS FOR RAMA, VEENKER, FG HOLL, STORKY OIUL, FRED NUSS AND DSYSTAR PAID SEPARATELY. REMAINING CLAIMS ALL PAID BY JOBIN LAW FIRM IN LUMP SUM OF $314.925.67<br>Amer Warrior:$4,019.56<br>Beren:$6801.88<br>Clute:$10,603.04<br>Daystar:$4665.03<br>Deutsch:$8895.50<br>Hartman:$7178.66<br>Indian Oil $50193.66<br>Kansas Pet:$11225.89<br>Kenworthy:$53,672.66<br>Nuss:$12657.62<br>Pratt:$14,152.22<br>PRG $11238.86<br>Questa:$8,201.38<br>Sand Point:$54978.57<br>Stroky:$12624.98<br>Stevenson:$12851.78<br>Trans Pac:$4,435.55<br>Ward Feed:$14,713.25<br>Wheeler:$4706.30<br>White & Ellis:$19657.10<br>Zenith:$8078.47<br>FG Holl:$207116.69<br>Rama:$33932.71 | | | | | |

LFORM1

**UST Form 101-7-TDR (9/1/2009)** *(Page: 13)*

Ver: 15.06b

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:   3

**Exhibit 8**

| | |
|---|---|
| Case No: | 04-36829   SBB   Judge: S. BROOKS |
| Case Name: | Thunderstruck Production Group |

| | |
|---|---|
| Trustee Name: | M. STEPHEN PETERS, TRUSTEE |
| Date Filed (f) or Converted (c): | 12/10/04 (f) |
| 341(a) Meeting Date: | 01/14/05 |
| Claims Bar Date: | 02/21/06 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| Veenker:$13,475.35 Newfield:$9321.34 . AGREEMENTS ALLOW FOR FILING OF UNSECURED CLAIM IF FILED WITHIN 30 DAYS OF 11-22-06 11. SETTLEMENT AGREEMENT (u) SETTLEMENT OF TRUSTEE'S PROOF OF CLAIM IN BANKR CASE OF IN RE ROLLING THUNDER, CASE # 05- 10476 DIST OF KANSAS, APPROVED BY ORDER OF 2-19-09 | 0.00 | 50,000.00 | | 50,000.00 | FA |

| | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $0.00 | $729,007.36 | | $742,331.88 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 12/01/06          Current Projected Date of Final Report (TFR): 06/01/09

**FORM 2**

Page:   1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

**Exhibit 9**

| | |
|---|---|
| Case No: | 04-36829  -SBB |
| Case Name: | Thunderstruck Production Group |
| Taxpayer ID No: | *******5617 |
| For Period Ending: | 02/01/10 |

| | |
|---|---|
| Trustee Name: | M. STEPHEN PETERS, TRUSTEE |
| Bank Name: | BANK OF AMERICA |
| Account Number / CD #: | *******6939  TIP Account |
| Blanket Bond (per case limit): | $ 65,000,000.00 |
| Separate Bond (if applicable): | |

| | 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| | Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | | BALANCE FORWARD | | | | 0.00 |
| | 07/15/05 | 4 | PINTAIL | PREFERENCE RECOVERY | 1249-000 | 3,335.17 | | 3,335.17 |
| | 07/20/05 | 4 | PINTAIL PETROL. | PREF RECOVERY | 1249-000 | 8,893.03 | | 12,228.20 |
| | 07/29/05 | 1 | BANK OF AMERICA | Interest Rate  0.250 | 1270-000 | 0.69 | | 12,228.89 |
| | 08/05/05 | 3 | BOBWHITE PRODUCTION | PREFERENCE RECOVERY | 1249-000 | 3,516.15 | | 15,745.04 |
| * | 08/30/05 | | RITCHIE EXPLORATION, INC. | SETTLEMENT FOR PREFERENCE | 1249-003 | 20,683.82 | | 36,428.86 |
| | 08/31/05 | 1 | BANK OF AMERICA | Interest Rate  0.600 | 1270-000 | 7.51 | | 36,436.37 |
| * | 09/14/05 | | RITCHIE EXPLORATION, INC. | SETTLEMENT FOR PREFERENCE | 1249-003 | -20,683.82 | | 15,752.55 |
| | | | | Error in deposit amount | | | | |
| | 09/14/05 | 2 | RITCHIE EXPLORATION, INC. | SETTLEMENT FOR PREFERENCE | 1249-000 | 20,638.82 | | 36,391.37 |
| | 09/30/05 | 1 | BANK OF AMERICA | Interest Rate  0.600 | 1270-000 | 16.23 | | 36,407.60 |
| | 10/10/05 | 5 | WESTAR ENERGY | PREFERENCE RECOVERY | 1249-000 | 475.97 | | 36,883.57 |
| | 10/10/05 | 5 | WESTAR ENERGY | PREFERENCE RECOVERY | 1249-000 | 1,000.00 | | 37,883.57 |
| | 10/15/05 | 6 | TT Production | settlement payment | 1249-000 | 1,798.20 | | 39,681.77 |
| | 10/31/05 | 1 | BANK OF AMERICA | Interest Rate  0.600 | 1270-000 | 19.37 | | 39,701.14 |
| | 11/30/05 | 1 | BANK OF AMERICA | INTEREST REC'D FROM BANK | 1270-000 | 19.58 | | 39,720.72 |
| | 12/30/05 | 1 | BANK OF AMERICA | Interest Rate  0.600 | 1270-000 | 20.24 | | 39,740.96 |
| | 01/31/06 | 1 | BANK OF AMERICA | Interest Rate  0.600 | 1270-000 | 20.25 | | 39,761.21 |
| | 02/28/06 | 1 | BANK OF AMERICA | Interest Rate  1.000 | 1270-000 | 28.32 | | 39,789.53 |
| | 03/31/06 | 1 | BANK OF AMERICA | Interest Rate  1.000 | 1270-000 | 33.79 | | 39,823.32 |
| | 04/28/06 | 1 | BANK OF AMERICA | Interest Rate  1.000 | 1270-000 | 32.73 | | 39,856.05 |
| | 05/31/06 | 1 | BANK OF AMERICA | Interest Rate  1.000 | 1270-000 | 33.85 | | 39,889.90 |
| | 06/02/06 | 7 | Thunderstruck Production Group 333 S. Allison Pkwy Ste 211 Lakewood, CO  80226 | SETTLEMENT PAYMENT ACTUAL PAYOR = CASTELLI PETRO.  PAYOR SHOWN AS THUNDERSTRUCK PROD GROUP ENTERED IN ERROR. | 1229-000 | 21,574.80 | | 61,464.70 |
| | 06/23/06 | 9 | Knighton Oil | PREF SETTLEMENT #05-1562 | 1229-000 | 9,716.45 | | 71,181.15 |
| | 06/23/06 | 8 | JOE PARR | PREF SETTLEMENT #05-1530 | 1249-000 | 8,660.72 | | 79,841.87 |
| | 06/30/06 | 1 | BANK OF AMERICA | Interest Rate  1.000 | 1270-000 | 49.01 | | 79,890.88 |

Page Subtotals          79,890.88          0.00

Ver: 15.06b

UST Form 101-7-TDR (9/1/2009) *(Page: 15)*

**FORM 2**

Page:    2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 04-36829  -SBB | | Trustee Name: | M. STEPHEN PETERS, TRUSTEE |
| Case Name: | Thunderstruck Production Group | | Bank Name: | BANK OF AMERICA |
| | | | Account Number / CD #: | *******6939  TIP Account |
| Taxpayer ID No: | *******5617 | | | |
| For Period Ending: | 02/01/10 | | Blanket Bond (per case limit): | $ 65,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 07/31/06 | 1 | BANK OF AMERICA | Interest Rate  1.000 | 1270-000 | 67.85 | | 79,958.73 |
| 08/31/06 | 1 | BANK OF AMERICA | Interest Rate  1.000 | 1270-000 | 67.91 | | 80,026.64 |
| 09/29/06 | 1 | BANK OF AMERICA | Interest Rate  1.000 | 1270-000 | 65.77 | | 80,092.41 |
| 10/31/06 | 1 | BANK OF AMERICA | Interest Rate  1.500 | 1270-000 | 69.12 | | 80,161.53 |
| 11/22/06 | 000101 | CLERK OF THE BANKR CT. | FILING FEE FOR STAY RELIEF MOT | 2700-000 | | 150.00 | 80,011.53 |
| 11/30/06 | 1 | BANK OF AMERICA | Interest Rate  1.500 | 1270-000 | 98.82 | | 80,110.35 |
| 12/29/06 | 1 | BANK OF AMERICA | Interest Rate  1.500 | 1270-000 | 102.05 | | 80,212.40 |
| 12/29/06 | 000102 | INTERNATIONAL SURETIES, LTD. SUITE 500 203 CARONDELET ST. NEW ORLEANS, LA 70130 | BOND PREMIUM | 2300-000 | | 65.38 | 80,147.02 |
| 01/10/07 | 10 | RAMA OPERATING | SETTLEMENT PAYMENT | 1249-000 | 33,932.71 | | 114,079.73 |
| 01/10/07 | 10 | VEENKER RESOURCES | SETTLEMENT PAYMENT | 1249-000 | 13,475.35 | | 127,555.08 |
| 01/10/07 | 10 | F.G. HOLL | SETTLEMENT PAYMENT | 1249-000 | 207,116.69 | | 334,671.77 |
| 01/15/07 | 10 | STORKY OIL | SETTLEMENT PAYMENT | 1249-000 | 12,624.98 | | 347,296.75 |
| 01/15/07 | 10 | FRED NUSS | SETTLEMENT PAYMENT | 1249-000 | 12,657.62 | | 359,954.37 |
| 01/15/07 | 10 | DAYSTARY PETROLEUM | SETTLEMENT PAYMENT | 1249-000 | 4,665.03 | | 364,619.40 |
| 01/15/07 | 10 | JOBIN LAW FIRM | SETTLEMENT PAYMENT | 1249-000 | 314,925.67 | | 679,545.07 |
| 01/31/07 | 1 | BANK OF AMERICA | Interest Rate  1.500 | 1270-000 | 519.46 | | 680,064.53 |
| 02/07/07 | 000103 | PEARLMAN & DALTON TOWER I, SUITE 2828 1775 SHERMAN ST. DENVER, CO 80203-4323 | ATTY FEES PER 2-7-07 ORDER | 3210-000 | | 131,000.00 | 549,064.53 |
| 02/07/07 | 000104 | PEARLMAN & DALTON TOWER I, SUITE 2828 1775 SHERMAN ST. DENVER, CO 80203-4323 | ATTY EX PER 2-7-07 ORDER | 3220-000 | | 8,811.16 | 540,253.37 |
| 02/28/07 | 1 | BANK OF AMERICA | Interest Rate  1.750 | 1270-000 | 707.07 | | 540,960.44 |
| 03/30/07 | 1 | BANK OF AMERICA | Interest Rate  1.750 | 1270-000 | 804.02 | | 541,764.46 |

Page Subtotals    601,900.12    140,026.54

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:    3

Exhibit 9

| Case No: | 04-36829  -SBB | | Trustee Name: | M. STEPHEN PETERS, TRUSTEE |
|---|---|---|---|---|
| Case Name: | Thunderstruck Production Group | | Bank Name: | BANK OF AMERICA |
| | | | Account Number / CD #: | *******6939  TIP Account |
| Taxpayer ID No: | *******5617 | | | |
| For Period Ending: | 02/01/10 | | Blanket Bond (per case limit): | $ 65,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 04/30/07 | 1 | BANK OF AMERICA | Interest Rate  1.750 | 1270-000 | 779.26 | | 542,543.72 |
| 05/31/07 | 1 | BANK OF AMERICA | Interest Rate  1.750 | 1270-000 | 806.38 | | 543,350.10 |
| 06/29/07 | 1 | BANK OF AMERICA | Interest Rate  1.750 | 1270-000 | 781.53 | | 544,131.63 |
| 07/31/07 | 1 | BANK OF AMERICA | Interest Rate  1.750 | 1270-000 | 808.74 | | 544,940.37 |
| 08/31/07 | 1 | BANK OF AMERICA | Interest Rate  1.750 | 1270-000 | 809.95 | | 545,750.32 |
| 09/28/07 | 1 | BANK OF AMERICA | Interest Rate  1.750 | 1270-000 | 784.98 | | 546,535.30 |
| 10/31/07 | 1 | BANK OF AMERICA | Interest Rate  1.600 | 1270-000 | 807.83 | | 547,343.13 |
| 11/30/07 | 1 | BANK OF AMERICA | Interest Rate  1.600 | 1270-000 | 719.79 | | 548,062.92 |
| 12/03/07 | 000105 | INTERNATIONAL SURETIES, LTD. STE. 420 701 POYDRAS ST. NEW ORLEANS, LA 70139 | 2007 BOND PAYMENT | 2300-000 | | 488.00 | 547,574.92 |
| 12/31/07 | 1 | BANK OF AMERICA | Interest Rate  1.600 | 1270-000 | 744.32 | | 548,319.24 |
| 01/31/08 | 1 | BANK OF AMERICA | Interest Rate  0.800 | 1270-000 | 731.16 | | 549,050.40 |
| 02/29/08 | 1 | BANK OF AMERICA | Interest Rate  0.800 | 1270-000 | 348.03 | | 549,398.43 |
| 03/31/08 | 1 | BANK OF AMERICA | Interest Rate  0.600 | 1270-000 | 330.24 | | 549,728.67 |
| 04/30/08 | 1 | BANK OF AMERICA | Interest Rate  0.600 | 1270-000 | 270.36 | | 549,999.03 |
| 05/30/08 | 1 | BANK OF AMERICA | Interest Rate  0.500 | 1270-000 | 232.92 | | 550,231.95 |
| 06/30/08 | 1 | BANK OF AMERICA | Interest Rate  0.500 | 1270-000 | 225.51 | | 550,457.46 |
| 07/31/08 | 1 | BANK OF AMERICA | Interest Rate  0.500 | 1270-000 | 233.12 | | 550,690.58 |
| 08/29/08 | 1 | BANK OF AMERICA | Interest Rate  0.500 | 1270-000 | 233.21 | | 550,923.79 |
| 09/30/08 | 1 | BANK OF AMERICA | Interest Rate  0.500 | 1270-000 | 225.79 | | 551,149.58 |
| 10/31/08 | 1 | BANK OF AMERICA | Interest Rate  0.400 | 1270-000 | 200.28 | | 551,349.86 |
| 11/20/08 | 000106 | HINKLE, ELKOURI LAW FIRM, INC. ATTN: E. BARTH STE. 2000 301 N. MAIN ST. WICHITA, KS 67202 | ATTY FEES PER 11-20-08 ORDER | 3210-000 | | 16,680.00 | 534,669.86 |
| 11/20/08 | 000107 | HINKLE, ELKOURI LAW FIRM, INC. | ATTY EXP PER 11-20-08 ORDER | 3220-000 | | 414.37 | 534,255.49 |

| | | | Page Subtotals | | 10,073.40 | 17,582.37 | |

LFORM24

**UST Form 101-7-TDR (9/1/2009)** *(Page: 17)*

Ver: 15.06b

**FORM 2**

Page:   4

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 04-36829  -SBB |
| Case Name: | Thunderstruck Production Group |
| Taxpayer ID No: | *******5617 |
| For Period Ending: | 02/01/10 |

| | |
|---|---|
| Trustee Name: | M. STEPHEN PETERS, TRUSTEE |
| Bank Name: | BANK OF AMERICA |
| Account Number / CD #: | *******6939  TIP Account |
| Blanket Bond (per case limit): | $ 65,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | ATTN: E. BARTH | | | | | |
| | | STE. 2000 | | | | | |
| | | 301 N. MAIN ST. | | | | | |
| | | WICHITA, KS 67202 | | | | | |
| 11/28/08 | 1 | BANK OF AMERICA | Interest Rate  0.400 | 1270-000 | 179.45 | | 534,434.94 |
| 12/23/08 | 000108 | INTERNATIONAL SURETIES, LTD. | 2008 BOND PAYMENT | 2300-000 | | 441.00 | 533,993.94 |
| | | STE. 420 | | | | | |
| | | 701 POYDRAS ST. | | | | | |
| | | NEW ORLEANS, LA 70139 | | | | | |
| 12/31/08 | 1 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 105.43 | | 534,099.37 |
| 01/30/09 | 1 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 13.60 | | 534,112.97 |
| 02/20/09 | 000109 | PEARLMAN & DALTON | ATTY FEES PER 2-19-09 ORDER | 3210-000 | | 10,830.00 | 523,282.97 |
| | | TOWER I, SUITE 2828 | | | | | |
| | | 1775 SHERMAN ST. | | | | | |
| | | DENVER, CO 80203-4323 | | | | | |
| 02/20/09 | 000110 | PEARLMAN & DALTON | ATTY EXP PER 2-19-09 ORDER | 3220-000 | | 375.92 | 522,907.05 |
| | | TOWER I, SUITE 2828 | | | | | |
| | | 1775 SHERMAN ST. | | | | | |
| | | DENVER, CO 80203-4323 | | | | | |
| 02/27/09 | 1 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 12.24 | | 522,919.29 |
| 03/09/09 | 11 | bankr est of rolling thunder | SETTLEMENT PAYMENT | 1249-000 | 50,000.00 | | 572,919.29 |
| 03/31/09 | 1 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 14.15 | | 572,933.44 |
| 04/30/09 | 1 | BANK OF AMERICA | Interest Rate  0.070 | 1270-000 | 32.96 | | 572,966.40 |
| 05/29/09 | 1 | BANK OF AMERICA | Interest Rate  0.070 | 1270-000 | 34.06 | | 573,000.46 |
| 06/04/09 | 000111 | HINKLE, ELKOURI LAW FIRM | ATT FEES PER ORDER OF JUNE 4, 2009 | 3210-000 | | 29,524.50 | 543,475.96 |
| | | ATTN: E. BARTH | | | | | |
| | | 2000 EPIC CENTER | | | | | |
| | | 301 NORTH MAIN ST. | | | | | |
| | | WICHITA, KS 67202 | | | | | |

| | | | | Page Subtotals | 50,391.89 | 41,171.42 | |
|---|---|---|---|---|---|---|---|

Ver: 15.06b

LFORM24

**UST Form 101-7-TDR (9/1/2009)** *(Page: 18)*

**FORM 2**

Page:   5

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 04-36829  -SBB |
|---|---|
| Case Name: | Thunderstruck Production Group |

| Taxpayer ID No: | *******5617 |
|---|---|
| For Period Ending: | 02/01/10 |

| Trustee Name: | M. STEPHEN PETERS, TRUSTEE |
|---|---|
| Bank Name: | BANK OF AMERICA |
| Account Number / CD #: | *******6939  TIP Account |

| Blanket Bond (per case limit): | $ 65,000,000.00 |
|---|---|
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 06/04/09 | 000112 | HINKLE ELKOURI LAW FIRM ATTN: E. BARTH 2000 EPIC CENTER 301 N. MAIN ST. WICHITA, KS 67202 | ATTY. EXPENSES PER JUNE, 2009 ORDER | 3220-000 | | 973.15 | 542,502.81 |
| 06/25/09 | 000113 | PEARLMAN & DALTON TOWER I, SUITE 2828 1775 SHERMAN ST. DENVER, CO 80203-4323 | ATTY FEES PER 6-16-09 ORDER | 3210-000 | | 7,865.00 | 534,637.81 |
| 06/25/09 | 000114 | PEARLMAN & DALTON TOWER 1, STE. 2828 1775 SHERMAN ST. DENVER, CO 80203 | ATTY EXPENSES PER 6-16 ORDER | 3220-000 | | 489.74 | 534,148.07 |
| 06/30/09 | 1 | BANK OF AMERICA | Interest Rate  0.070 | 1270-000 | 31.60 | | 534,179.67 |
| 07/16/09 | 000115 | DENNIS & CO SUITE 1100 1801 BROADWAY DENVER, CO 80202 | ACCT FEES PER ORDER OF JUNE, 2009 | 3410-000 | | 1,486.00 | 532,693.67 |
| 07/16/09 | 000116 | DENNIS & CO SUITE 1100 1801 BROADWAY DENVER, CO 80202 | ACCT EXPENSES PER JULY 16, 2009 | 3420-000 | | 32.00 | 532,661.67 |
| 07/31/09 | 1 | BANK OF AMERICA | Interest Rate  0.070 | 1270-000 | 31.73 | | 532,693.40 |
| 08/13/09 | 1 | BANK OF AMERICA | INTEREST REC'D FROM BANK | 1270-000 | 12.26 | | 532,705.66 |
| 08/13/09 | | Transfer to Acct #*******8426 | Final Posting Transfer | 9999-000 | | 532,705.66 | 0.00 |

Page Subtotals                    75.59              543,551.55

Ver: 15.06b

LFORM24

**UST Form 101-7-TDR (9/1/2009)** *(Page: 19)*

**FORM 2**

Page: 6

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 04-36829 -SBB | Trustee Name: | M. STEPHEN PETERS, TRUSTEE |
| Case Name: | Thunderstruck Production Group | Bank Name: | BANK OF AMERICA |
| | | Account Number / CD #: | *******6939 TIP Account |
| Taxpayer ID No: | *******5617 | | |
| For Period Ending: | 02/01/10 | Blanket Bond (per case limit): | $ 65,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 742,331.88 | 742,331.88 | 0.00 |
| | | | Less: Bank Transfers/CD's | | 0.00 | 532,705.66 | |
| | | | Subtotal | | 742,331.88 | 209,626.22 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 742,331.88 | 209,626.22 | |

Page Subtotals                    0.00                    0.00

Ver: 15.06b

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:    7

Exhibit 9

| Case No: | 04-36829  -SBB | Trustee Name: | M. STEPHEN PETERS, TRUSTEE |
|---|---|---|---|
| Case Name: | Thunderstruck Production Group | Bank Name: | BANK OF AMERICA |
| | | Account Number / CD #: | *******8426  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******5617 | | |
| For Period Ending: | 02/01/10 | Blanket Bond (per case limit): | $ 65,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/13/09 | | Transfer from Acct #*******6939 | Transfer In From MMA Account | 9999-000 | 532,705.66 | | 532,705.66 |
| 08/13/09 | 000101 | M. STEPHEN PETERS 5310 WARD RD. SUITE G-07 ARVADA, CO  80002 | Chapter 7 Compensation/Fees | 2100-000 | | 40,366.59 | 492,339.07 |
| 08/13/09 | 000102 | M. STEPHEN PETERS 5310 WARD RD. SUITE G-07 ARVADA, CO  80002 | Chapter 7 Expenses | 2200-000 | | 1,264.32 | 491,074.75 |
| 08/13/09 | 000103 | CLERK OF THE BANKRUPTCY COURT 1ST FLOOR 721 19TH ST. DENVER, CO 80202 | Clerk of the Courts Costs (includes | 2700-000 | | 250.00 | 490,824.75 |
| 08/13/09 | 000104 | CLERK OF THE BANKRUPTCY COURT 1ST FLOOR 721 19TH ST. DENVER, CO 80202 | Clerk of the Courts Costs (includes | 2700-000 | | 4,500.00 | 486,324.75 |
| 08/13/09 | 000105 | Kansas Department Of Revenue Civil Tax Enforcement PO Box 12005 Topeka, KS 66612-2005 | Claim 000072, Payment 100.00000% | 5800-000 | | 7,577.19 | 478,747.56 |
| 08/13/09 | 000106 | Ward Feed Yard, Inc. PO Box H Larned, KS 67550 | Claim 000001, Payment 18.74409% | 7100-000 | | 2,626.01 | 476,121.55 |
| 08/13/09 | 000107 | Lewis, Hooper, & Dick, LLC 405 N. Sixth PO Box 699 Garden City, KS 67846 | Claim 000002, Payment 18.74410% | 7100-000 | | 587.53 | 475,534.02 |
| 08/13/09 | 000108 | Tulsa Energy Partners, LLC | Claim 000003, Payment 18.74408% | 7100-000 | | 659.07 | 474,874.95 |

Page Subtotals     532,705.66     57,830.71

Ver: 15.06b

LFORM24

**UST Form 101-7-TDR (9/1/2009)** *(Page: 21)*

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:   8

**Exhibit 9**

| | |
|---|---|
| Case No: | 04-36829  -SBB |
| Case Name: | Thunderstruck Production Group |
| | |
| Taxpayer ID No: | *******5617 |
| For Period Ending: | 02/01/10 |

| | |
|---|---|
| Trustee Name: | M. STEPHEN PETERS, TRUSTEE |
| Bank Name: | BANK OF AMERICA |
| Account Number / CD #: | *******8426  Checking Account (Non-Interest Earn |
| | |
| Blanket Bond (per case limit): | $ 65,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | 401 S. Boston Suite 1810 (JBJ) Tulsa, OK 74103 | | | | | |
| 08/13/09 | 000109 | Ritchie Exploration, Inc. P.O. Box 783188 Wichita, KS 67278-3188 | Claim 000004, Payment 18.74412% | 7100-000 | | 8,322.32 | 466,552.63 |
| 08/13/09 | 000110 | Joe Parr P.O. Box 222 Macksville, KS 67557 | Claim 000005, Payment 18.74420% | 7100-000 | | 1,108.59 | 465,444.04 |
| 08/13/09 | 000111 | Robert Eisenhauer PO Box 825 Pratt, KS 67124 | Claim 000008, Payment 18.74406% | 7100-000 | | 1,543.21 | 463,900.83 |
| 08/13/09 | 000112 | McCoy Petroleum Corp. 8080 East Central, Suite 300 Wichita, KS 67206 | Claim 000010, Payment 18.74412% | 7100-000 | | 23,225.96 | 440,674.87 |
| 08/13/09 | 000113 | Siroky Oil Management, Inc. P.O. Box 464 Pratt, KS 67124 | Claim 000011, Payment 18.74409% | 7100-000 | | 2,365.68 | 438,309.19 |
| 08/13/09 | 000114 | Beren Corp. P.O. Box 20380 Wichita, KS 67208 | Claim 000012, Payment 18.74414% | 7100-000 | | 656.27 | 437,652.92 |
| 08/13/09 | 000115 | Berexco, Inc. P.O. Box 20380 Wichita, KS 67208-1380 | Claim 000013, Payment 18.74412% | 7100-000 | | 3,475.45 | 434,177.47 |
| 08/13/09 | 000116 | Becker Oil Corporation Clyde Becker, Jr. PO Box 1550 Conifer, CO 80433 | Claim 000014, Payment 18.74412% | 7100-000 | | 15,509.27 | 418,668.20 |
| 08/13/09 | 000117 | Renegade Resources Corp. 5335 Cedarwood Dr. | Claim 000015, Payment 18.74430% | 7100-000 | | 433.34 | 418,234.86 |

| | | | Page Subtotals | | 0.00 | 56,640.09 | |

Ver: 15.06b

LFORM24

UST Form 101-7-TDR (9/1/2009) *(Page: 22)*

FORM 2

Page:    9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 04-36829  -SBB |
| Case Name: | Thunderstruck Production Group |
| | |
| Taxpayer ID No: | *******5617 |
| For Period Ending: | 02/01/10 |

| | |
|---|---|
| Trustee Name: | M. STEPHEN PETERS, TRUSTEE |
| Bank Name: | BANK OF AMERICA |
| Account Number / CD #: | *******8426  Checking Account (Non-Interest Earn |
| | |
| Blanket Bond (per case limit): | $ 65,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Reno, NV 89511 | | | | | |
| 08/13/09 | 000118 | Westar Energy Corp. | Claim 000016, Payment 18.74417% | 7100-000 | | 465.86 | 417,769.00 |
| | | c/o Bauer, Pike, Pike & Johnson, Chtd. | | | | | |
| | | 1310 Kansas | | | | | |
| | | Great Bend, KS 67530 | | | | | |
| 08/13/09 | 000119 | L.D. Drilling, Inc. | Claim 000018, Payment 18.74410% | 7100-000 | | 4,083.80 | 413,685.20 |
| | | c/o Bauer, Pike, Pike & Johnson, Chtd. | | | | | |
| | | 1310 Kansas | | | | | |
| | | Great Bend, KS 67530 | | | | | |
| 08/13/09 | 000120 | Kansas Petroleum | Claim 000019, Payment 18.74415% | 7100-000 | | 2,340.07 | 411,345.13 |
| | | Kansas Petroleum, Inc.c/o Hutchinson Oil | | | | | |
| | | P.O. Box 521 | | | | | |
| | | Derby, KS 67037 | | | | | |
| 08/13/09 | 000121 | Rama Operating Co., Inc. | Claim 000022, Payment 18.74413% | 7100-000 | | 5,489.48 | 405,855.65 |
| | | P.O. Box 159 | | | | | |
| | | Stafford, KS 67578-0159 | | | | | |
| 08/13/09 | 000122 | F.G. Holl, Inc. | Claim 000023, Payment 18.74412% | 7100-000 | | 225,667.57 | 180,188.08 |
| | | 9431 East Central Ste 100 | | | | | |
| | | Wichita, KS 67206 | | | | | |
| 08/13/09 | 000123 | Castelli Exploration Inc. | Claim 000024, Payment 18.74410% | 7100-000 | | 3,032.12 | 177,155.96 |
| | | 6908 W. 112 St. | | | | | |
| | | Oklahoma City, OK 73163 | | | | | |
| 08/13/09 | 000124 | Daystar Petroleum, Inc. | Claim 000025, Payment 18.74417% | 7100-000 | | 803.72 | 176,352.24 |
| | | PO Box 360 | | | | | |
| | | Valley Center, KS 67147-0360 | | | | | |
| 08/13/09 | 000125 | Clute Oil Corporation | Claim 000026, Payment 18.74410% | 7100-000 | | 3,305.67 | 173,046.57 |
| | | c/o Peter Clute, Clute Oil Corporation | | | | | |
| | | 4300 S. Dahlia Street | | | | | |
| | | Englewood, CO 80113 | | | | | |
| 08/13/09 | 000126 | Sand Point, LLC | Claim 000027, Payment 18.74412% | 7100-000 | | 11,711.04 | 161,335.53 |

Page Subtotals          0.00          256,899.33

Ver: 15.06b

UST Form 101-7-TDR (9/1/2009) *(Page: 23)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: | 04-36829  -SBB | |
| Case Name: | Thunderstruck Production Group | |
| Taxpayer ID No: | *******5617 | |
| For Period Ending: | 02/01/10 | |

| | |
|---|---|
| Trustee Name: | M. STEPHEN PETERS, TRUSTEE |
| Bank Name: | BANK OF AMERICA |
| Account Number / CD #: | *******8426  Checking Account (Non-Interest Earn |
| Blanket Bond (per case limit): | $ 65,000,000.00 |
| Separate Bond (if applicable): | |

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| | Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | 4104 NW 52nd Oklahoma City, OK 73112 | | | | | |
| | 08/13/09 | 000127 | Zenith Drilling Corporation P.O. Box 780428 Wichita, KS 67278-0428 | Claim 000028, Payment 18.74408% | 7100-000 | | 1,234.23 | 160,101.30 |
| | 08/13/09 | 000128 | Wheeler Energy Company P.O. Box 1439 Tulsa, OK 74101-1439 | Claim 000029, Payment 18.74417% | 7100-000 | | 709.27 | 159,392.03 |
| | 08/13/09 | 000129 | Fred J. Nuss 158 E. 4 Highway Hoisington, KS 67544 | Claim 000030, Payment 18.74410% | 7100-000 | | 4,223.86 | 155,168.17 |
| | 08/13/09 | 000130 | Kenworthy Operating Co. 6317 S. 33rd. W. Ave. #315 Tulsa, OK 74132 | Claim 000031, Payment 18.74412% | 7100-000 | | 7,532.35 | 147,635.82 |
| | 08/13/09 | 000131 | Indian Oil Co. P.O. Box 209 Medicine Lodge, KS 67104 | Claim 000032, Payment 18.74411% | 7100-000 | | 6,554.76 | 141,081.06 |
| | 08/13/09 | 000132 | Hartman Oil Co., Inc. c/o Garry D. Walker, Hartman Oil Co.,Inc 12950 E.13th Street Wichita, KS 67230 | Claim 000033, Payment 18.74411% | 7100-000 | | 4,468.41 | 136,612.65 |
| * | 08/13/09 | 000133 | Knighton Oil Co., Inc. 710 Petroleum Bldg 221 S. Broadway Wichita, KS 67202 | Claim 000034, Payment 18.74410% | 7100-004 | | 4,500.84 | 132,111.81 |
| | 08/13/09 | 000134 | Newfield Exploration Mid-Continent, Inc. c/o John Marziotti, Esq. 110 West 7th. Sutie 1300 Tulsa OK 74119 | Claim 000035, Payment 18.74422% | 7100-000 | | 1,416.30 | 130,695.51 |
| | 08/13/09 | 000135 | Stevenson Operating LLC 13411 West Pawnee | Claim 000036, Payment 18.74413% | 7100-000 | | 1,805.71 | 128,889.80 |

|  |  |  |
|---|---|---|
| Page Subtotals | 0.00 | 32,445.73 |

Ver: 15.06b

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:   11

Exhibit 9

| Case No: | 04-36829  -SBB | Trustee Name: | M. STEPHEN PETERS, TRUSTEE |
|---|---|---|---|
| Case Name: | Thunderstruck Production Group | Bank Name: | BANK OF AMERICA |
| | | Account Number / CD #: | *******8426  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******5617 | | |
| For Period Ending: | 02/01/10 | Blanket Bond (per case limit): | $ 65,000,000.00 |
| | | Separate Bond (if applicable): | |

| | 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| | Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | Wichita, KS 67235 | | | | | |
| | 08/13/09 | 000136 | Trans Pacific Oil Corporation<br>101 S. Main<br>Suite 300<br>Wichita, KS 67202 | Claim 000037, Payment 18.74415% | 7100-000 | | 901.83 | 127,987.97 |
| | 08/13/09 | 000137 | Kent A. Deutsch<br>8100 E 22nd N Bldg 600 Ste D<br>Wichita, KS 67226 | Claim 000038, Payment 18.74410% | 7100-000 | | 2,818.61 | 125,169.36 |
| | 08/13/09 | 000138 | PRG, LC<br>4728 Wimbledon Dr.<br>Lawrence, KS 66047-9301 | Claim 000039, Payment 18.74412% | 7100-000 | | 1,657.70 | 123,511.66 |
| | 08/13/09 | 000139 | Questa Energy Corp.<br>P.O. Box 50968<br>Amarillo, TX 79159-0968 | Claim 000040, Payment 18.74415% | 7100-000 | | 1,412.90 | 122,098.76 |
| | 08/13/09 | 000140 | Dan Dalke<br>American Warrior, Inc.<br>P.O. Box 399<br>Garden City, KS 67846 | Claim 000042, Payment 18.74408% | 7100-000 | | 2,258.24 | 119,840.52 |
| | 08/13/09 | 000141 | Joe Parr<br>P.O. Box 222<br>Macksville, KS 67557 | Claim 000043, Payment 18.74417% | 7100-000 | | 1,623.38 | 118,217.14 |
| * | 08/13/09 | 000142 | Knighton Oil Company, Inc.<br>710 Petroleum Bldg<br>221 S. Broadway<br>Wichita, KS 67202 | Claim 000044, Payment 18.74409% | 7100-004 | | 1,821.26 | 116,395.88 |
| | 08/13/09 | 000143 | Castelli Exploration, Inc.<br>6908 NW 112th Street<br>Oklahoma City, OK 73162-2976 | Claim 000045, Payment 18.74414% | 7100-000 | | 4,044.01 | 112,351.87 |
| | 08/13/09 | 000144 | Newfield Exploration Mid-Continent, Inc.<br>c/o John Marziotti, Esq. | Claim 000047, Payment 18.74409% | 7100-000 | | 1,747.20 | 110,604.67 |

Page Subtotals                0.00            18,285.13

Ver: 15.06b

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:   12

**Exhibit 9**

| | |
|---|---|
| Case No: | 04-36829  -SBB |
| Case Name: | Thunderstruck Production Group |
| | |
| Taxpayer ID No: | *******5617 |
| For Period Ending: | 02/01/10 |

| | |
|---|---|
| Trustee Name: | M. STEPHEN PETERS, TRUSTEE |
| Bank Name: | BANK OF AMERICA |
| Account Number / CD #: | *******8426  Checking Account (Non-Interest Earn |
| | |
| Blanket Bond (per case limit): | $ 65,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | 110 West 7th. Sutie 1300 | | | | | |
| | | Tulsa OK 74119 | | | | | |
| 08/13/09 | 000145 | American Warrior, Inc. | Claim 000048, Payment 18.74409% | 7100-000 | | 753.43 | 109,851.24 |
| | | PO Box 399 | | | | | |
| | | Garden City, KS 67846-0399 | | | | | |
| 08/13/09 | 000146 | Beren Corporation | Claim 000049, Payment 18.74408% | 7100-000 | | 1,274.95 | 108,576.29 |
| | | c/o Emma Richmond, Beren Corporation | | | | | |
| | | 2020 N Bramblewood | | | | | |
| | | Wichita, KS 67206 | | | | | |
| 08/13/09 | 000147 | Clute Oil Corporation | Claim 000050, Payment 18.74415% | 7100-000 | | 1,987.45 | 106,588.84 |
| | | c/o Peter Clute, Clute Oil Corporation | | | | | |
| | | 4300 S. Dahlia Street | | | | | |
| | | Englewood, CO 80113 | | | | | |
| 08/13/09 | 000148 | Daystar Petroleum, Inc. | Claim 000051, Payment 18.74415% | 7100-000 | | 874.42 | 105,714.42 |
| | | PO Box 360 | | | | | |
| | | Valley Center, KS 67147-0360 | | | | | |
| 08/13/09 | 000149 | Kent A. Deutsch | Claim 000052, Payment 18.74408% | 7100-000 | | 1,667.38 | 104,047.04 |
| | | 8100 E 22nd N Bldg 600 Ste D | | | | | |
| | | Wichita, KS 67226 | | | | | |
| 08/13/09 | 000150 | Hartman Oil Co., Inc. | Claim 000053, Payment 18.74417% | 7100-000 | | 1,345.58 | 102,701.46 |
| | | c/o Garry D. Walker, Hartman Oil Co.,Inc | | | | | |
| | | 12950 E.13th Street | | | | | |
| | | Wichita, KS 67230 | | | | | |
| 08/13/09 | 000151 | Indian Oil Co., Inc. | Claim 000054, Payment 18.74412% | 7100-000 | | 9,408.36 | 93,293.10 |
| | | PO Box 209 | | | | | |
| | | Medicine Lodge, KS 67104 | | | | | |
| 08/13/09 | 000152 | Kansas Petroleum | Claim 000055, Payment 18.74408% | 7100-000 | | 2,104.19 | 91,188.91 |
| | | Kansas Petroleum, Inc.c/o Hutchinson Oil | | | | | |
| | | P.O. Box 521 | | | | | |
| | | Derby, KS 67037 | | | | | |

| | | | | | Page Subtotals | 0.00 | 19,415.76 | |

Ver: 15.06b

LFORM24

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:   13

Exhibit 9

| | | |
|---|---|---|
| Case No: | 04-36829  -SBB | |
| Case Name: | Thunderstruck Production Group | |
| Taxpayer ID No: | *******5617 | |
| For Period Ending: | 02/01/10 | |

| | | |
|---|---|---|
| Trustee Name: | M. STEPHEN PETERS, TRUSTEE |
| Bank Name: | BANK OF AMERICA |
| Account Number / CD #: | *******8426  Checking Account (Non-Interest Earn |
| Blanket Bond (per case limit): | $ 65,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 08/13/09 | 000153 | Kenworthy Operating Company<br>6317 S. 33rd W. Ave. #315<br>Tulsa, OK 74132 | Claim 000056, Payment 18.74412% | 7100-000 | | 10,060.47 | 81,128.44 |
| 08/13/09 | 000154 | Fred J. Nuss<br>158 E. 4 Highway<br>Hoisington, KS 67544 | Claim 000057, Payment 18.74412% | 7100-000 | | 2,372.56 | 78,755.88 |
| 08/13/09 | 000155 | PRG, LC<br>4728 Wimbledon Dr.<br>Lawrence, KS 66047-9301 | Claim 000058, Payment 18.74416% | 7100-000 | | 2,106.63 | 76,649.25 |
| 08/13/09 | 000156 | Pratt Well Service, Inc.<br>P.O. Box 847<br>Pratt, KS 67124 | Claim 000059, Payment 18.74406% | 7100-000 | | 2,652.70 | 73,996.55 |
| 08/13/09 | 000157 | Questa Energy Corporation<br>PO Box 50968<br>Amarillo, TX 79159-0968 | Claim 000060, Payment 18.74416% | 7100-000 | | 1,537.28 | 72,459.27 |
| 08/13/09 | 000158 | Sand Point, LLC<br>4104 NW 52nd<br>Oklahoma City, OK 73112 | Claim 000061, Payment 18.74412% | 7100-000 | | 10,305.25 | 62,154.02 |
| 08/13/09 | 000159 | Siroky Oil Management, Inc.<br>P.O. Box 464<br>Pratt, KS 67124 | Claim 000062, Payment 18.74411% | 7100-000 | | 2,366.44 | 59,787.58 |
| 08/13/09 | 000160 | Stevenson Operating LLC<br>13411 West Pawnee<br>Wichita, KS 67235 | Claim 000063, Payment 18.74410% | 7100-000 | | 2,408.95 | 57,378.63 |
| 08/13/09 | 000161 | Trans Pacific Oil Corporation<br>101 S. Main<br>Suite 300<br>Wichita, KS 67202 | Claim 000064, Payment 18.74401% | 7100-000 | | 831.40 | 56,547.23 |
| 08/13/09 | 000162 | Ward Feed Yard, Inc.<br>PO Box H | Claim 000065, Payment 18.74413% | 7100-000 | | 2,757.87 | 53,789.36 |

| | | |
|---|---|---|
| Page Subtotals | 0.00 | 37,399.55 |

Ver: 15.06b

**UST Form 101-7-TDR (9/1/2009)** *(Page: 27)*

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:   14

Exhibit 9

| Case No: | 04-36829  -SBB |
|---|---|
| Case Name: | Thunderstruck Production Group |

Taxpayer ID No:   *******5617
For Period Ending:  02/01/10

| Trustee Name: | M. STEPHEN PETERS, TRUSTEE |
|---|---|
| Bank Name: | BANK OF AMERICA |
| Account Number / CD #: | *******8426  Checking Account (Non-Interest Earn |

Blanket Bond (per case limit):   $ 65,000,000.00
Separate Bond (if applicable):

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| | Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | Larned, KS 67550 | | | | | |
| | 08/13/09 | 000163 | Wheeler Energy Company<br>P.O. Box 1439<br>Tulsa, OK 74101-1439 | Claim 000066, Payment 18.74402% | 7100-000 | | 882.15 | 52,907.21 |
| | 08/13/09 | 000164 | White & Ellis Drilling, Inc.<br>401 E. Douglas<br>Suite 500<br>Wichita, KS 67202 | Claim 000067, Payment 18.74412% | 7100-000 | | 3,684.55 | 49,222.66 |
| | 08/13/09 | 000165 | Zenith Drilling Corporation<br>P.O. Box 780428<br>Wichita, KS 67278-0428 | Claim 000068, Payment 18.74414% | 7100-000 | | 1,514.24 | 47,708.42 |
| | 08/13/09 | 000166 | F.G. Holl, Inc.<br>9431 East Central Ste 100<br>Wichita, KS 67206 | Claim 000069, Payment 18.74412% | 7100-000 | | 38,822.20 | 8,886.22 |
| | 08/13/09 | 000167 | Rama Operating Co., Inc.<br>P.O. Box 159<br>Stafford, KS 67578-0159 | Claim 000070, Payment 18.74413% | 7100-000 | | 6,360.39 | 2,525.83 |
| | 08/13/09 | 000168 | Veenker Oil Resources, Inc.<br>P.O. Box 14339<br>Oklahoma City, OK 73113-0331 | Claim 000071, Payment 18.74408% | 7100-000 | | 2,525.83 | 0.00 |
| * | 12/04/09 | 000133 | Knighton Oil Co., Inc.<br>710 Petroleum Bldg 221 S. Broadway<br>Wichita, KS 67202 | Stop Payment Reversal<br>STOP PAY ADD SUCCESSFUL | 7100-004 | | -4,500.84 | 4,500.84 |
| * | 12/04/09 | 000142 | Knighton Oil Company, Inc.<br>710 Petroleum Bldg<br>221 S. Broadway<br>Wichita, KS 67202 | Stop Payment Reversal<br>STOP PAY ADD SUCCESSFUL | 7100-004 | | -1,821.26 | 6,322.10 |
| | 12/04/09 | 000169 | CLERK OF THE BANKRUPTCY COURT<br>1ST FLOOR<br>721 19TH ST. | UNCLAIMED FUNDS | 7100-000 | | 6,322.10 | 0.00 |

Page Subtotals          0.00          53,789.36

Ver: 15.06b

LFORM24

UST Form 101-7-TDR (9/1/2009) *(Page: 28)*

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:    15

Exhibit 9

| Case No: | 04-36829  -SBB | | Trustee Name: | M. STEPHEN PETERS, TRUSTEE |
| Case Name: | Thunderstruck Production Group | | Bank Name: | BANK OF AMERICA |
| | | | Account Number / CD #: | *******8426  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******5617 | | | |
| For Period Ending: | 02/01/10 | | Blanket Bond (per case limit): | $ 65,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | DENVER, CO 80202 | | | | | |

|  |  | | | |
|---|---|---|---|---|
| COLUMN TOTALS | | 532,705.66 | 532,705.66 | 0.00 |
| Less:  Bank Transfers/CD's | | 532,705.66 | 0.00 | |
| Subtotal | | 0.00 | 532,705.66 | |
| Less:  Payments to Debtors | | | 0.00 | |
| Net | | 0.00 | 532,705.66 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| TIP Account - *******6939 | 742,331.88 | 209,626.22 | 0.00 |
| Checking Account (Non-Interest Earn - *******8426 | 0.00 | 532,705.66 | 0.00 |
| | ----------------------- | ----------------------- | ----------------------- |
| | 742,331.88 | 742,331.88 | 0.00 |
| | ============ | ============ | ============ |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals          0.00          0.00